AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Landis Allen Moragne,<br>*Plaintiff*<br>v.<br><br>South Carolina Department of Corrections; Warden Lee C.I. Cecilia Reynolds; Ass. Warden Sharp; Deputy Warden Nolan; John One Doe; John Two Doe; Not None Deasi; Lt. Odom; Director William Byrnes, Jr.; Program Manager James Sligh; NN Gram, Mainteance Supervisor,<br>*Defendants* | )<br>)<br>)  Civil Action No.   1:15-cv-01010-TMC<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Landis Allen Moragne, shall take nothing of the defendants, South Carolina Department of Corrections; Lt. Odom; Director William Byrnes, Jr., and this action is dismissed without prejudice as to these defendants.

■ other: the plaintiff, Landis Allen Moragne, shall take nothing of the defendants, Warden Lee CI Cecilia Reynolds; Ass. Warden Sharp; Deputy Warden Nolan; John One Doe; John Two Doe; Not None Deasi; Program Manager James Sligh; NN Gram, Mainteance Supervisor, and this action is dismissed with prejudice as to these defendants for lack of prosecution pursuant to Rule 41(b).

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of South Carolina Department of Corrections; Lt. Odom; Director William Byrnes, Jr.

■ decided by the Honorable Timothy M. Cain, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of Warden Lee CI Cecilia Reynolds; Ass. Warden Sharp; Deputy Warden Nolan; John One Doe; John Two Doe; Not None Deasi; Program Manager James Sligh; NN Gram, Mainteance Supervisor with prejudice.

Date:  March 21, 2016                                                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                            s/M. Walker

_Signature of Clerk or Deputy Clerk_